IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00191-WYD-KLM

DESIGN BASICS, LLC,

    Plaintiff,

v.

SAGE HOMES, LLC,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Motion to Vacate and Reschedule Scheduling Conference** [Docket No. 11; Filed July 5, 2012] (the "Motion"). Plaintiff avers that Defendant has been unresponsive and that the parties require additional time to confer and prepare a proposed Scheduling Order. Accordingly,

IT IS HEREBY **ORDERED** that the Scheduling Conference set for July 10, 2012 at 11:00 a.m. is **VACATED** and **RESET** to **September 25, 2012**, at **10:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. **Absent extraordinary cause, no further requests to continue the Scheduling Conference will be granted**.

IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures on or before **September 20, 2012**. All other provisions of the Order Setting Scheduling/Planning Conference issued January 30, 2012 [#4] remain in effect.

    Dated: July 6, 2012