IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00191-WYD-KLM

DESIGN BASICS, LLC,

    Plaintiff,

v.

SAGE HOMES, LLC,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion for Leave to File First Amended Complaint** [Docket No. 24; Filed December 17, 2012] (the "Motion"). Plaintiff asserts in the Motion that in light of information provided by Defendant in its affirmative defenses, Plaintiff seeks to add claims against two other defendants. [#24] at 1-2. The Motion being unopposed,

    IT IS HEREBY **ORDERED** that the Motion [#24] is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Clerk of the Court shall accept Plaintiff's First Amended Complaint and Jury Demand [#24-1] for filing as of the date of this Order, and that Defendant Sage Homes, LLC, having already appeared in this action, shall file an answer or other responsive pleading within the time prescribed by Fed. R. Civ. P. 15(a)(3).

    Dated:  December 18, 2012