IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00191-WYD-KLM

DESIGN BASICS, LLC,

    Plaintiff,

v.

SAGE HOMES, LLC,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Amend Scheduling Order** [Docket No. 44; Filed June 27, 2013] (the "Motion"). In the Motion, Plaintiff requests that the Scheduling Order deadlines be vacated and reset to dates timed from the date the District Judge enters an order regarding Defendant's pending Motion to Set Aside Default [#40]. The Court will not reset deadlines set in the Scheduling Order to indefinite dates.

    IT IS HEREBY **ORDERED** that the Motion [#44] is **GRANTED in part**. The Scheduling Order entered on October 18, 2012 [#19] and amended on December 4, 2012 [#22], is further modified to extend the following deadlines:

- Discovery Deadline                              **October 1, 2013**
- Dispositive Motions Deadline                **January 3, 2014**

    IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for August 22, 2013 at 11:00 a.m. is **VACATED** and **RESET** to **February 27, 2014** at **10:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on or before **February 20, 2014**. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office.  However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded from the Forms section of the court's website at http://www.cod.uscourts.gov/Home.aspx.**

Dated:  June 28, 2013