IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00191-WYD-KLM

DESIGN BASICS, LLC,

    Plaintiff,

v.

SAGE HOMES, LLC,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Modify Scheduling Order and Extend Pretrial Deadlines** [#55][1] (the "Motion"). In the Motion, the parties state that they seek an extension of pretrial deadlines to accommodate two half-day depositions scheduled on February 20, 2014. *Motion* [#55] at 2. However, the parties do not provide proposed amended deadlines for the pretrial deadlines and they do not mention the dispositive motions deadline. The parties also request that the Court vacate the Final Pretrial Conference set on February 27, 2014 at 10:00 a.m. and reset it to the week of April 21, 2014. *Id.*

    IT IS HEREBY **ORDERED** that the Motion [#55] is **GRANTED**. The Scheduling Order entered on October 18, 2012 [#19] and amended on December 4, 2012 and June 28, 2014 [##22, 46], is further modified to extend the following deadlines:

- Discovery Deadline                                              **February 21, 2014**
- Dispositive Motions Deadline                          **March 21, 2014**

    IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for February 27, 2014 at 10:00 a.m. is **VACATED** and **RESET** to **April 24, 2014** at **10:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

---

[1] "[#55]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.

1

IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on or before **April 17, 2014**.  The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office.  However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded from the Forms section of the court's website at http://www.cod.uscourts.gov/Home.aspx.**

Dated:  February 10, 2014