IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-00191-WYD-KLM

DESIGN BASICS, LLC,

    Plaintiff,

v.

SAGE HOMES, LLC, RENTFROW DESIGN, LLC
and JON RENTFROW,

    Defendants.

## ORDER OF DISMISSAL

Pursuant to the Joint Voluntary Dismissal filed on February 27, 2014, it is

ORDERED that this case is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. R.41(a)(1)(A)(ii), each party to bear its own costs and attorneys' fees.

Dated:  February 28, 2014.

                BY THE COURT:

                /s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                SENIOR UNITED STATES DISTRICT JUDGE